N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:11-CR-6-SPM/GRJ

JAMES R. ABERNATHY,

    Defendant.
_____/

## **ORDER**

For good cause shown, the "Motion to Seal Notice of Filing and Exhibits Thereto (Doc 46)" (doc. 48) is granted.  The clerk is directed to seal doc. 46.

SO ORDERED this 2nd day of March, 2012.

            *S/ Stephan P. Mickle*
            Stephan P. Mickle
            Senior United States District Judge